No. 87–548. TRANS WORLD AIRLINES, INC. v. INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS. C. A. 8th Cir. Certio-

rari granted limited to Question 1 presented by the petition.